**Electronically Filed
Supreme Court
SCWC-17-0000496
17-APR-2023
08:11 AM
Dkt. 30 ODMR**

SCWC-17-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JAMES B. NUTTER & COMPANY,
Respondent/Plaintiff-Appellee,

vs.

ELTON LANE NAMAHOE, SR.,
Petitioner/Defendant-Appellant,

and

SECRETARY OF HOUSING AND URBAN DEVELOPMENT,
Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000496; CIVIL NO. 12-1-0113)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.[1])

Upon consideration of Respondent/Plaintiff-Appellee
James B. Nutter & Company's motion for reconsideration, filed
April 10, 2023, and the record and files herein,

---

[1]    Associate Justice Michael D. Wilson, who was a member of the court when the case was decided, retired on March 31, 2023.

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawaiʻi, April 17, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

